# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN CHANES, | 1:07-CV-00195 LJO SMS HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| | [Doc. #4] |
| v. | |
| | ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| JEFF WRIGLEY, | |
| | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 9, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be GRANTED and Respondent be ORDERED to consider whether Petitioner should be transferred to a Residential Re-Entry Center ("RRC"). This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten (10) days of the date of service of the order. Over ten (10) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

*novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The petition for writ of habeas corpus is GRANTED;

2. Respondent is ORDERED to consider the appropriateness of transferring Petitioner to an RRC in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. Respondent is ORDERED to make this determination promptly, not to exceed 14 days from the date of this Opinion and Order.

3. The Clerk of Court is DIRECTED to enter judgment for Petitioner.

IT IS SO ORDERED.

**Dated:    March 9, 2007**                        **/s/ Lawrence J. O'Neill**
b9ed48                                                    UNITED STATES DISTRICT JUDGE